UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJINDER SINGH BOPARAI,<br><br>        Plaintiff,<br><br>    v.<br><br>PAM BONDI, et al.,<br><br>        Defendants. | Case No. 1:24-cv-01254-KES-SKO<br><br>**ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATION THAT DEFENDANTS' MOTION TO DISMISS BE GRANTED**<br><br>Docs. 9, 13 |

        Plaintiff Baljinder Singh Boparai, proceeding pro se, brings this complaint for a writ of mandamus against: (1) "USCIS Office of the Chief Counsel;" (2) "USCIS, Asylum Office San Francisco;" (3) the United States Attorney General; and (4) the U.S. Attorney. Doc. 1. Plaintiff filed this action under the Mandamus Act, 8 U.S.C. § 1361 to compel defendants to act on his I-589 Application for Asylum ("I-589") by scheduling his interview with the United States Citizenship and Immigration Services ("USCIS"). *Id.* Defendants now move for dismissal, or—in the alternative—summary judgment, on the basis that plaintiff lacks a clear right to relief and the delay in question is not unreasonable. *See generally* Doc. 9. Plaintiff failed to file an opposition.

        The motion was referred to the assigned magistrate judge for the preparation of findings

1

1  and recommendations. *See* Doc. 10. On March 14, 2025, the assigned magistrate judge issued
2  findings and recommendations recommending that defendants' motion be granted. Doc. 13.
3  Specifically, the magistrate judge found that, though the Immigration and Nationality Act provides
4  that an initial interview on an asylum application shall be held no later than 45 days after the
5  application is filed absent exceptional circumstances, the INA also provides that "[n]othing in this
6  subsection shall be construed to create any substantive or procedural right or benefit that is legally
7  enforceable by any party against the United States or its agencies or officers or any other person."
8  *Id.* at 4 (citing 8 U.S.C. § 1158(d)(5)(A)(ii), (7)). Thus, the magistrate judge held that the INS's
9  "explicit disclaiming of a private right of action forecloses mandamus relief." *Id.* (citing various
10 cases holding the same). The findings and recommendations contained notice that any objections
11 were due within 21 days. *Id.* at 5. No objections have been filed, and the time to do so has expired.

12     In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a de
13 novo review of the case. Having carefully reviewed the matter, the Court concludes that the
14 findings and recommendations are supported by the record and proper analysis.

15     Accordingly,

16     1.    The findings and recommendations issued March 14, 2025 (Doc. 13) are
17           ADOPTED in full;
18     2.    This action is DISMISSED due to plaintiff's failure to state a claim;
19     3.    The Clerk of Court is DIRECTED to close this case.

22 IT IS SO ORDERED.

23     Dated:  April 30, 2025

                                              _____
                                              UNITED STATES DISTRICT JUDGE

2